LOVERIN & *a. v.* SCHOOL-DISTRICT No. 3 IN CROYDON & *a.*

When, by Laws of 1885, c. 43, a school-district is abolished during the pendency of an action against it for the determination of the contested location of its school-house, the defendant's corporate successor, the town district, being the defendant in interest, should be made a defendant of record, and should have notice and an opportunity to be heard.

BILL IN EQUITY, for an injunction against the collection of a school-district tax, and against the building of a school-house on a lot selected by a school committee, and for a decree requiring the house to be built on another lot selected by the county commissioners. Facts found by the court.

*A. S. Wait* and *H. W. Parker*, for the plaintiffs.

*L. W. Barton* and *J. M. Shirley*, for the defendants.

DOE, C. J. Since the trial, district No. 3 has been abolished by *c.* 43, Laws 1885. The town district, being now the defendant in interest on the question of school-house location, should be made a defendant of record, and should have notice and an opportunity to be heard. The plaintiffs may move at the trial term for an amendment and notice; and the case is continued.

CLARK, J., did not sit: the others concurred.